UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 18-22810-CIV-MARTINEZ-OTAZO-REYES

GUITTO NERESTANT,

    Plaintiff,

vs.

ASN FAITH CORP., *et al.*

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motion for Attorney's Fees and Costs, (ECF No. 49). Judge Otazo-Reyes filed an R&R recommending that the Motion for Attorney's Fees and Costs be granted in part. (ECF No. 53 at 9). The Court has reviewed the entire file and record, and notes that no objections have been filed.

After careful consideration, it is hereby **ADJUDGED** that United States Magistrate Judge Otazo-Reyes' R&R, (ECF No. 53), is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that Plaintiff's Motion for Attorney's Fees and Costs, (ECF No. 49), is **GRANTED IN PART** as set forth in Judge Otazo-Reyes' R&R. Plaintiff is awarded **$2,780.00** in attorney's fees plus **$440.00** in costs for a total award of **$3,220.00**, to be paid by Defendant ASN Faith Corp.

**DONE AND ORDERED** in Chambers at Miami, Florida, this __3__ day of August, 2022.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record